**FILED**
August 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> V. ) <br> ) <br> $1,562,344.27, MORE OR LESS, SEIZED ) <br> FROM BANK OF OKLAHOMA ACCOUNT ) <br> NUMBER XXXXXX5165, ) <br> ) <br> Respondent. ) | CIVIL NO. SA-23-CV-151-OLG |

## FINAL JUDGMENT

On this day, the Court entered an Order Adopting Stipulation and Settlement Agreement and Hold Harmless Agreement. The Court now enters a Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, IT IS HEREBY ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**, costs to be borne by the party incurring same. IT IS FURTHER ORDERED that all other pending motions, if any, are **DENIED AS MOOT**.

SIGNED this 17 day of August, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE